David R. Kromer, Appellant *v.* Zoning Hearing Board of the Borough of Northampton, Appellee.

Argued November 16, 1981, before Judges MENCER, ROGERS and BLATT, sitting as a panel of three.

*Karolyn Vreeland Blume,* with her *Robert E. Donatelli,* for appellant.

*Sandor Engel,* for appellee.

OPINION BY JUDGE MENCER, January 8, 1982:

David R. Kromer has appealed from an order of the Court of Common Pleas of Northampton County which affirmed the decision of the Zoning Board of Adjustment of the Borough of Northampton denying Kromer's application for a variance.

We affirm the order of the lower court on the opinion of Judge FRANKLIN VAN ANTWERPEN, filed at No. 1980-C-359, Civil Action—Law, in the Court of Com-

mon Pleas of Northampton County. Judge VAN ANTWERPEN ably and correctly dealt with the arguments raised on appeal to this Court.

ORDER

AND Now, this 8th day of January, 1982, the order of the Court of Common Pleas of Northampton County, dated August 11, 1980, affirming the denial by the Zoning Hearing Board of the Borough of Northampton of the variance sought by David R. Kromer, is hereby affirmed.

This decision was reached prior to the expiration of the term of office of Judge PALLADINO.